FILED
CLERK, U.S. DISTRICT COURT
MAY 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>    vs.                           )<br>                                  )<br>                                  )<br>   Matthew  Defendant.            )<br>_____ ) | Case No.: 07-1303R<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ____CDCA____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (x)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ____proffer; PSA Rpt; see Pet'n a/o____

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  5/18/09

_____
UNITES STATES MAGISTRATE JUDGE