

FILED
CLERK, U.S. DISTRICT COURT
JAN 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Antoine Matthews <br> Defendant. | 07CR 01303 - R <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

   (A)  ( )  the appearance of defendant as required; and/or

   (B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A.   (1)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: see PSA Report

(B)   (4)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: see PSA Report

IT IS ORDERED that defendant be detained.

DATED: 1-4-12

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE